

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00042-CR

| | | |
|---|---|---|
| Ladarion Deshayne Cummings | § | From the 297th District Court |
| | § | of Tarrant County (1414583D) |
| v. | § | August 23, 2018 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to delete the $1,000 fine, and we similarly modify the incorporated order to withdraw funds to reduce the authorized withdrawal amount by $1,000, leaving a total of $5,734. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Sue Walker
      Justice Sue Walker